a hearing on the issue of the validity of the guilty pleas raised by the petition.

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth v. Skipper, Appellant.

Submitted June 9, 1969.

*Thomas M. Reese,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Smith, Appellant.

Argued June 11, 1969. *Peter A. Galante,* for appellant; *Walter W. Cohen,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Smith, Appellant.

Sub-

mitted June 9, 1969. *Francis M. Richards, Jr.,* and *Pepper, Hamilton & Scheetz,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Smith, Appellant.

Argued June 13, 1969. *Allan W. Lugg,* with him *Lugg & Snowiss,* for appellant; *Bernhard Dohrmann,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Steele, Appellant.

Submitted June 9, 1969. *Thomas E. Sterling,* for appellant; *Charles J. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Terry, Appellant.

Submitted June 11, 1969. *John W. Packel* and *Melvin Dildine,* Assistant